Andres ALDANA, Appellant,

v.

THE KANSAS CITY STAR and American Motorists Insurance Company, Respondents,

Kalthoff Enterprises, Inc., Respondent,

Second Injury Fund, Defendant.

No. WD 55022.

Missouri Court of Appeals, Western District.

June 30, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 1998.

Application for Transfer Denied Oct. 20, 1998.

Jerry Kenter, Connaughton, Boyd & Kenter, Kansas City, for appellant.

Thomas Clinkenbeard, Evans & Dixon, Kansas City, Andrew C. Webb, Sedalia, Thomas C. Walsh, St. Louis, for respondents.

Before ELLIS, P.J., and LOWENSTEIN and RIEDERER, JJ.

### ORDER

PER CURIAM.

Andres Aldana appeals from a judgment entered by the Labor and Industrial Relations Commission holding that the Kansas City Star was not the statutory employer of Aldana.

The judgment is affirmed. Rule 84.16(b).